■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY TURNER, Appellant. [851 NYS2d 55]—Appeal by the de-

fendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Feldman, J.), imposed June 30, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Lifson and Balkin, JJ., concur.